IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ANTHONY GADSON,<br><br>        Defendant. | Case No. 4:11-cr-00010-04-RRB<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE** |

Before the Court at Docket 709 is Defendant, Anthony Gadson, with a Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). At Defendant's request, the Court appointed counsel on Defendant's behalf at Docket 712. Appointed counsel, however, after reviewing the matter, notified the Court at Docket 725 that there was nothing to add to Defendant's initial motion, other than to clarify that Defendant was seeking a sentence of 120 months. The United States filed its opposition at Docket 727.

Although the United States contends that this Court lacks jurisdiction to address this matter because of Defendant's failure to exhaust his administrative remedies, the Court, nevertheless, addresses the substance of the matter before it and concludes that, because Defendant has not demonstrated an extraordinary or compelling reason for a reduction of his sentence, there is no basis upon which the Court can reduce his sentence.

Moreover, given the extensive nature of Defendant's criminal activity and his lack of acceptance of responsibility or remorse throughout, the Court cannot conclude that it is in the interest of justice that his sentence be reduced, or that the safety of the community can be assured.

Therefore, for the reasons set forth above, as well as for those reasons addressed by the United States, Defendant's Motion to Reduce Sentence is hereby DENIED.

IT IS SO ORDERED this 17th day of December, 2020, at Anchorage, Alaska.

*/s/ Ralph R. Beistline*
RALPH R. BEISTLINE
Senior United States District Judge

*United States v. Gadson*     Case No. 4:11-cr-00010-04-RRB
Order Denying Motion for Reduction of Sentence     Page 2
Case 4:11-cr-00010-RRB   Document 728   Filed 12/17/20   Page 2 of 2